IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-59-GF-BMM-1 |
| Plaintiff, | |
| vs. | |
| EDWARD DEAN CASSIDY, | |
| Defendant. | |

On September 27, 2017, the undersigned granted Defendant, Edward Cassidy's (Cassidy) Motion for a Psychiatric Exam, (Doc. 14). On October 31st, 2017, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Cassidy is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Cassidy is **GRANTED**. The study period will begin on October 17, 2017 and end on November 16, 2017, with the final report submitted to the Court no later than November 30, 2017.

DATED this 31st day of October, 2017.

_____
Brian Morris
United States District Court Judge