IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-59-GF-BMM-1 |
| Plaintiff, | |
| vs. | |
| EDWARD DEAN CASSIDY, | |
| Defendant. | |

On September 27, 2017, the undersigned granted Defendant, Edward Cassidy's (Cassidy) Motion for a Psychiatric Exam, (Doc. 14). On October 31st, 2017, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Cassidy is being evaluated, requesting a 30-day extension of the evaluation. On October 31, 2017 the undersigned granted a 30 day extension of the evaluation of Cassidy. (Doc. 19). On November 22, 2017, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Cassidy is being evaluated, requesting a 15-day extension of the evaluation because they are awaiting the arrival of Cassidy's medical records.

Accordingly, **IT IS ORDERED** that a 15-day extension of the evaluation of Cassidy is **GRANTED**. The study period will end on December 1, 2017, with the final report submitted to the Court no later than December 18, 2017.

DATED this 27th day of November, 2017.

_____
Brian Morris
United States District Court Judge