IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD DEAN CASSIDY,<br><br>Defendant. | CR-17-59-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 1, 2020. (Doc. 65.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 28, 2020. (Doc. 54.) The United States accused Cassidy of violating his conditions of supervised release 1) by failing to notify his probation officer of a change in residence; 2) by using marijuana; and 3) by consuming alcohol on two separate occasions. (Doc. 52). At the revocation hearing, Cassidy admitted that he had violated the condition of his supervised release: 1) by failing to notify his probation officer of a change in

residence; 2) by using marijuana; and 3) by consuming alcohol on two separate occasions. (Doc. 54.) The violations that were admitted and proved are serious and warrant revocation of Cassidy's supervised release. Judge Johnston found that Cassidy's violations warranted revocation, and recommended that Cassidy receive a custodial sentence until June 25, 2020, with a lifetime of supervised release to follow. (Doc. 57.)  Cassidy was advised of the 14 day objection period and his right to allocute before the undersigned.

The violations prove serious and warrant revocation of Cassidy's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 57) are **ADOPTED IN FULL.**

 **IT IS FURTHER ORDERED** that Defendant Edward Dean Cassidy be incarcerated until June 25, 2020, with a lifetime of supervised release to follow.

DATED this 16th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court