IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO DISCLOSE |
| VS. | ) | DOCUMENTS |
| | ) | |
| EDWARD DEAN CASSIDY | ) | DOCKET NO. CR 17-59-GF-BMM-01 |

The Petitioner requests the Court allow United States Probation, District of Montana, to disclose the following records pertaining to the defendant: presentence investigation report, mental health evaluations, forensic evaluations, petitions, and reports to the Court to:

Montana Mental Health Nursing Care Center
800 Casino Creek Drive
Lewistown, Montana 59457

This information will not be re-disclosed and will be used by the Montana Mental Health Nursing Care Center to determine if the defendant meets involuntary commitment requirements and placement at their facility. The defendant's current placement with the Center for Mental Health in Great Falls, Montana, will be terminated on October 14, 2020, due to ongoing substance use and violation of program rules. The defendant's attorney, R. Hank Branom has been advised of this request and has no objections.

Respectfully,

_____
Raymond Antonsen
Supervising United States Probation Officer

___09/29/2020_____
Date

=======================
**ORDER**
=======================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this __29th__ day of September, 2020, United States Probation, District of Montana, is authorized to release the above identified documents to determine if the defendant is eligible for placement at the Montana Mental Health Nursing Care Center in Lewistown, Montana.

_____
Brian Morris, Chief District Judge
United States District Court