# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD DEAN CASSIDY,<br><br>Defendant. | CR 17-59-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on October 8, 2020, requesting that the Court revoke Defendant Edward Dean Cassidy's supervised release. Cassidy appeared before the Court for an initial appearance on October 15, 2020. The Court determined that Cassidy may be suffering from a mental disease or defect that should be evaluated before he participates in the revocation hearing. 18 U.S.C. § 4244(a). It is unclear whether Cassidy understands the terms and conditions of his supervised release, whether Cassidy understands the consequences of the alleged supervised release violations, and whether Cassidy can assist counsel in his defense.

Accordingly, IT IS ORDERED:

1.  Cassidy shall undergo a mental health evaluation pursuant to 18 U.S.C. § 4244(b) to assist the Court in determining whether Cassidy suffers

from a mental disease or defect that the Court should consider when it conducts the revocation hearing and determines an appropriate sentence, if necessary. The evaluation shall be completed within 30 days unless extended for good cause. 18 U.S.C. § 4247(b).

2. The examiner shall submit a report to the Court consistent with 18 U.S.C. § 4244(b) and 18 U.S.C. § 4247(c). The report should include any recommendation the examiner may have as to how Cassidy's mental condition should affect any sentence imposed by the Court. 18 U.S.C. § 4247(c)(4)(E). The examiner's report shall be filed under seal. The Clerk of Court shall provide a copy of the report to Cassidy and the United States.

3. The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Cassidy will be evaluated.

4. The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated.

5. The United States Marshals Service shall transfer Cassidy to the designated facility, and shall transfer Cassidy back to the District of Montana upon completion of the evaluation.

6. The Clerk is directed to notify the parties and the United States

Marshals Service of the entry of this Order.

DATED this 16th day of October, 2020.

_____
John Johnston
United States Magistrate Judge