IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-59-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD DEAN CASSIDY, | |
| Defendant. | |

On October 15, 2020, the undersigned ordered the Defendant, Edward Cassidy (Cassidy) undergo formal mental heath evaluation pursuant to § 18 U.S.C. 4244(b).  (Doc. 70.)  On April 5, 2020, the undersigned received a letter from Tiffany K. Smith, Psy.D., Forensic Psychologist, Federal Bureau of Prisons, Metropolitan Detention Center where Cassidy is being evaluated, asking for a 14 day extension of the evaluation. Dr. Smith anticipates the evaluation of Cassidy will be completed by April 7, 2021, withe the report submitted to the Court by April 12, 2021.

Accordingly, pursuant to Title 18 U.S.C. §4241(d), **IT IS ORDERED** that Cassidy's evaluation will be submitted to the Court no later than April 12, 2021.

DATED this 8th day of April, 2021.

John Johnston
United States Magistrate Judge