IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-59-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD DEAN CASSIDY, | |
| Defendant. | |

On October 15, 2020, the undersigned ordered the Defendant, Edward Cassidy (Cassidy) undergo formal mental heath evaluation pursuant to § 18 U.S.C. 4244(b). (Doc. 70.) On April 22, 2021, the undersigned received a letter from Tiffany K. Smith, Psy.D., Forensic Psychologist, Federal Bureau of Prisons, Metropolitan Detention Center where Cassidy is being evaluated, asking for a 14 day extension of the evaluation. Dr. Smith anticipates the evaluation of Cassidy will be completed by May 5, 2021, with the report submitted to the Court by e-mail on May 5, 2021.

Accordingly, pursuant to Title 18 U.S.C. §4247(b), **IT IS ORDERED** that Cassidy's evaluation will be extended for 14 days, with the report submitted to the Court no later than May 5, 2021.

DATED this 22nd day of April, 2021.

John Johnston
United States Magistrate Judge